The Honorable Barbara J. Rothstein

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| ERIC ANDERSON, derivatively on behalf of Microsoft Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SATYA NADELLA, AMY E. HOOD, JARED SPATARO, REJESH JHA, REID HOFFMAN, HUGH JOHNSTON, TERI LIST, CATHERINE MACGREGOR, MARK MASON, SANDRA E. PETERSON, PENNY PRITZGER, CHARLES W. SCHARF, JOHN W. STANTON, and EMMA WALMSLEY,<br><br>Defendants,<br><br>– and –<br><br>MICROSOFT CORPORATION,<br><br>Nominal Defendant. | Case No. 2:26-cv-02281-BJR<br><br>**STIPULATION RELATING ACTIONS PER LCR 3(G) AND 7(D)(1), TRANSFERRING AND CONSOLIDATING RELATED DERIVATIVE ACTIONS, APPOINTING LEAD COUNSEL FOR PLAINTIFFS, AND PROVIDING FOR FILING OF CONSOLIDATED COMPLAINT AND RESPONSE THERETO; AND ORDER** |



**COTCHETT, PITRE & McCARTHY, LLP**
1809 7th Avenue, Suite 1610
Seattle, WA 98101
Tel: (206) 802-1272

| | |
|---|---|
| VLADIMIR GUSINSKY REVOCABLE TRUST, derivatively on behalf of Microsoft Corporation,<br><br>Plaintiff,<br>v.<br><br>SATYA NADELLA, AMY E. HOOD, JARED SPATARO, REJESH JHA, REID HOFFMAN, HUGH JOHNSTON, TERI LIST, CATHERINE MACGREGOR, MARK MASON, SANDRA E. PETERSON, PENNY PRITZGER, CHARLES W. SCHARF, JOHN W. STANTON, and EMMA WALMSLEY,<br><br>Defendants,<br>– and –<br><br>MICROSOFT CORPORATION,<br><br>Nominal Defendant. | Case No. 2:26-cv-02837-GJL |



**COTCHETT, PITRE & McCARTHY, LLP**
1809 7th Avenue, Suite 1610
Seattle, WA 98101
Tel: (206) 802-1272

WHEREAS, on June 30, 2026, Plaintiff Eric Anderson filed a shareholder derivative action, *Anderson v. Nadella, et al.*, Case No. 2:26-cv-02281-BJR (the "*Anderson* Action"), asserting derivative claims on behalf of the Microsoft Corporation ("Microsoft" or the "Company") against certain directors and officers of Microsoft for, *inter alia*, alleged violations of the Securities Exchange Act of 1934 ("Exchange Act"), breaches of fiduciary duties, and unjust enrichment.

WHEREAS, on August 10, 2026, Plaintiff Vladimir Gusinsky Revocable Trust filed a shareholder derivative action, *Vladimir Gusinsky Revocable Trust v. Nadella, et al.*, Case No. 2:26-cv-02837-GJL (the "*Gusinsky* Action"), asserting derivative claims on behalf of Microsoft against certain directors and officers of Microsoft for, *inter alia*, alleged violations of the Exchange Act and breaches of fiduciary duties substantially similar to the claims in the *Anderson* Action.

WHEREAS, in an effort to ensure consistent rulings and decisions and to avoid unnecessary duplication of effort, Plaintiffs in the *Anderson* Action and the *Gusinsky* Action (the "Related Derivative Actions") and Defendants, through their respective counsel, hereby enter into this Stipulation Relating Actions Per Local Civil Rule 3(g) and 7(d)(1), Transferring and Consolidating Related Derivative Actions, Appointing Lead Counsel for Plaintiffs, and Providing for the Filing of a Consolidated Complaint and Response Thereto;

WHEREAS, Plaintiffs and Defendants agree that the Related Derivative Actions are related under Local Civil Rule 3(g), as the Related Derivative Actions arise out of the same or substantially the same facts and involve the same or substantially the same parties and questions of law and fact.

WHEREAS, all parties further agree that the Related Derivative Actions should be transferred to the lowest filed case, 26-cv-02281-BJR, and consolidated pursuant to FED. R. CIV. P. 42 to help assure consistent rulings and decisions and to avoid unnecessary duplication of effort.

WHEREAS, Defendants' undersigned counsel has agreed to accept service for all Defendants, without waiving, and expressly reserving, all defenses.

WHEREAS, Plaintiffs in the Related Derivative Actions shall file a Consolidated



**COTCHETT, PITRE & McCARTHY, LLP**
1809 7th Avenue, Suite 1610
Seattle, WA 98101
Tel: (206) 802-1272

Complaint within thirty (30) days of the entry of an order approving this Stipulation.

WHEREAS, Defendants shall file a motion to stay the Related Derivative Actions within forty-five (45) days following Plaintiffs' filing of a Consolidated Complaint.

WHEREAS, Plaintiffs shall file any opposition to Defendants' motion to stay within forty-five (45) days after Defendants' motion to stay is filed.

WHEREAS, Defendants shall file any reply in further support of their motion to stay twenty (20) days after Plaintiffs file their opposition to the motion to stay.

WHEREAS, Defendants shall have no obligation to answer or otherwise respond to, and each hereby is expressly relieved from answering or otherwise responding to, the initial complaints filed in the *Anderson* Action and the *Gusinsky* Action, or any Consolidated Complaint filed in the Related Derivative Actions, until 60 days following the later of (i) disposition of Defendants' motion to stay or (ii) expiration of any stay entered by the Court.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties in the above-captioned actions, subject to the Court's approval, by and through their undersigned counsel:

1. The Related Derivative Actions satisfy the requirements of Local Civil Rule 3(g) as the actions concern substantially the same parties, property, transaction, or events, and it appears likely that there will be unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges.

2. The Gusinsky Action meets the requirements of Fed. R. Civ. P. 42 to merit transfer and consolidation with the Anderson Action for all purposes.

3. The following actions as fully identified in the caption of this Stipulation and Order are hereby deemed to be related and are consolidated for all purposes, including pre-trial proceedings and trial ("Consolidated Action"):



**COTCHETT, PITRE & McCARTHY, LLP**
1809 7th Avenue, Suite 1610
Seattle, WA 98101
Tel: (206) 802-1272

| **Abbreviated Case Name** | **Case Number** | **Date Filed** |
|---|---|---|
| *Eric Anderson v. Satya Nadella, et al.* | 2:26-cv-02281-BJR | 06/30/2026 |
| *Vladimir Gusinsky Revocable Trust v. Satya Nadella, et al.* | 2:26-cv-02837-GJL | 08/10/2026 |

4. Every pleading filed in the Consolidated Action, or in any separate action included herein, shall bear the following caption:

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINTON**
**AT SEATTLE**

| | |
|---|---|
| IN RE MICROSOFT CORPORATION STOCKHOLDER DERIVATIVE LITIGATION | Lead Case No. 2:26-cv-02281-BJR |

5. The files of the Consolidated Action shall be maintained in one file under Lead Case No. 2:26-cv-02281-BJR.

6. Plaintiffs shall file a Consolidated Complaint in the Consolidated Action within thirty (30) days of the entry of an order approving this Stipulation.

7. This Order shall apply to each case, arising out of the same or similar transactions or events as the Related Derivative Actions that is subsequently filed, or transferred to this Court.

8. When a case that properly belongs as part of Lead Case No. 2:26-cv-02281-BJR is hereafter filed or transferred to this Court, counsel for the parties shall call such case to the attention of the clerk of this Court, so that the case may be consolidated with Lead Case No. 2:26-cv-02281-BJR pursuant to this Order. Counsel for the Plaintiffs in the Consolidated Action will further assist in assuring that counsel for the parties in such subsequent action(s) receive notice of this Order.

9. Cotchett, Pitre, & McCarthy, LLP and Bottini & Bottini, Inc. are appointed Lead Counsel for Plaintiffs in the Consolidated Action. Defendants take no position on the appointment of Lead Counsel for Plaintiffs.

10. Lead Counsel shall have the authority to make all decisions for plaintiffs in the Related Derivative Actions and to speak for plaintiffs in all matters, including but not limited to pre-trial procedure, trial, and settlement and shall make all work assignments in such manner as to



COTCHETT, PITRE & McCARTHY, LLP
1809 7th Avenue, Suite 1610
Seattle, WA 98101
Tel: (206) 802-1272

facilitate the orderly and efficient prosecution of the Consolidated Action and to avoid duplicative or unproductive effort.

11. Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of plaintiffs. No motion, request for discovery, or other pre-trial or trial proceedings shall be initiated or filed by any plaintiff except through Lead Counsel.

12. Lead Counsel shall be available and responsible for communications to and from this Court, including distributing orders and other directions from the Court to counsel, and shall be responsible for communications with defendants on matters of case administration and scheduling. Lead Counsel shall further be responsible for creating and maintaining a master service list of all parties and their respective counsel.

13. Defendants may rely upon all agreements made with either of the Lead Counsel, or other duly authorized representatives of Lead Counsel, and such agreements shall be binding on all plaintiffs.

14. Defendants shall file a motion to stay the Related Derivative Actions within forty-five (45) days following Plaintiffs' filing of a Consolidated Complaint. Plaintiffs shall file any opposition to Defendants' motion to stay within forty-five (45) days after Defendants' motion to stay is filed. Defendants shall file any reply in further support of their motion to stay twenty (20) days after Plaintiffs file their opposition to the motion to stay. Defendants shall have no obligation to answer or otherwise respond to, and each hereby is expressly relieved from answering or otherwise responding to, the initial complaints filed in the *Anderson* Action and the *Gusinsky* Action, or any Consolidated Complaint filed in the Related Derivative Actions, until 60 days following the later of (i) disposition of Defendants' motion to stay or (ii) expiration of any stay entered by the Court.

**IT IS SO STIPULATED.**



**COTCHETT, PITRE & McCARTHY, LLP**
1809 7th Avenue, Suite 1610
Seattle, WA 98101
Tel: (206) 802-1272

Dated: August 25, 2026

COTCHETT, PITRE & MCCARTHY, LLP

s/ Karin B. Swope

Karin B. Swope

1809 7th Avenue, Suite 1610
Seattle, Washington 98101
Telephone: (206) 802-1272
Email: kswope@cpmlegal.com

*Counsel for Vladimir Gusinsky Revocable Trust*

Dated: August 25, 2026

BOTTINI & BOTTINI, INC.

s/ Francis A. Bottini

Francis A. Bottini, Jr.

7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001
Facsimile: (858) 914-2002
Email: fbottini@bottinilaw.com

*Counsel for Eric Anderson*

Dated: August 25, 2026

DAVIS WRIGHT TREMAINE, LLP

s/ Robert J. Maguire

Robert J. Maguire

Teal Luthy Miller
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 622-3150
Email: robmaguire@dwt.com
tealmiller@dwt.com

Dated: August 25, 2026

COVINGTON & BURLING LLP

s/ Jonathan M. Sperling

Jonathan M. Sperling

Jonathan M. Sperling
Robert C. Gianchetti
30 Hudson Yards
New York, NY 10001
Telephone: (212) 841-1000
Email: jsperling@cov.com
rgianchetti@cov.com

*Counsel for Defendants*

**SO ORDERED.**

Dated: August 28, 2026.

Barbara J Rothstein

The Honorable Barbara J. Rothstein
United States District Judge



**COTCHETT, PITRE & McCARTHY, LLP**
1809 7th Avenue, Suite 1610
Seattle, WA 98101
Tel: (206) 802-1272